```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>         Plaintiff,<br><br>  v.<br><br>JEANETTE BELL; MODESTO IRRIGATION DISTRICT; PACIFIC VALLEY NATIONAL BANK; WESTERN TITLE INSURANCE COMPANY, a corporation; MICHAEL D. McGRANAHAN, Trustee; UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE; FRANCHISE TAX BOARD; WAYNE RULON BEVAN; FUNDING CENTER, a Trust and DOE ONE through DOE TWENTY, inclusive,<br><br>         Defendants. | 1:07-cv-00965 LJO DLB<br><br>**STIPULATION TO REMAND CASE BACK TO SUPERIOR COURT; [PROPOSED] ORDER** |

    The undersigned parties, by and through their respective counsel of record, stipulate as follows:

    1.  Defendant United States of America Internal Revenue Service ("IRS") no longer claims an interest in the real property at issue in the state-based eminent domain proceeding that it removed to this Court on or about July 5, 2007, and originally

styled as The People of the State of California, etc. v. Jeanette Bell, et al., Case No. 615505 (Stanislaus County, California, Superior Court). Within that action and prior to removal, plaintiff People of the State of California sought to acquire certain real property for purposes of constructing transportation improvements to State Highway Route 219 in Stanislaus County, California;

    2.   As a result, the IRS no longer holds an interest in this action, nor in the state-based action that was removed to this Court;

    3. Pursuant to 28 U.S.C. § 1447(c), this case may be remanded back to the Superior Court, with the parties bearing their own fees and costs.

DATED: September 9, 2007    McGREGOR W. SCOTT
United States Attorney

By: /s/Brian W. Enos
BRIAN W. ENOS
Assistant United States Attorney
Attorneys for Defendant Internal Revenue Service

DATED: September 7, 2007    BRUCE A. BEHRENS, Chief Counsel
THOMAS C. FELLENZ, Deputy Chief Counsel
RICHARD B. WILLIAMS, Assistant Chief Counsel
JOANN GEORGALLIS

(As auth. 9/7/07)

By: /s/ Richard B. Williams
RICHARD B. WILLIAMS
Attorneys for Plaintiff
The People of the State of California, acting by and through the Department of Transportation

2

**ORDER REMANDING CASE BACK TO SUPERIOR COURT**

Pursuant to the foregoing stipulation, and for good cause, this case is remanded back to the Stanislaus County Superior Court, with the parties bearing their own fees and costs. Pursuant to 28 U.S.C. § 1447(c), a certified copy of this order of remand shall be mailed by the Clerk of this Court to the clerk of the Superior Court; and the Superior Court may thereupon proceed with this case.

IT IS SO ORDERED.

**Dated:   September 12, 2007**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE